WILEY v. STATE.

(In Banc. Nov. 13, 1944.)

[19 So. (2d) 696. No. 35698.]

F. W. Elmer, of Biloxi, for appellant.

**Greek L. Rice**, Attorney General, by **R. O. Arrington**, Assistant Attorney General, for appellee.

**Smith, C. J.,** delivered the opinion of the court.

The conflict in the evidence was, of course, for the determination of the jury, and that for the state fully justifies the verdict. No error appears in the overruling by the court below of the appellant's objection to the admission of his confession in evidence, nor in the instruction for the state of which he complains.

Affirmed, and Friday, December 22, 1944, is fixed for the date of execution.